JAMES M. CHADWICK (Bar No. 157114)
DIANA NG FUNG (Bar No. 185175)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001

**E-filed 7/13/05**

Attorneys for Plaintiff
HORTA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORTA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>    Defendant. | CASE NO. C 02-04086 JF (RS)<br><br>[Related Case No. C 00-20018 JF]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 5, 2005 HEARING ON HORTA, LLC'S MOTION TO RECONSIDER, REOPEN, AND AMEND JUDGMENT**<br><br>**[Civil Local Rule 6-2]**<br><br>Judge:    Hon. Jeremy Fogel<br>Complaint: August 23, 2002 |

## STIPULATION

WHEREAS, on February 28, 2005, the Court entered judgment in this action;

WHEREAS, on March 14, 2005, plaintiff Horta, LLC ("Horta") filed its Motion to Reconsider, Reopen, and Amend Judgment (the "Motion to Amend") and set it for hearing on May 6, 2005;

WHEREAS, on May 6, 2005, the Court continued the hearing on the Motion to Amend to August 5, 2005 to permit Horta to conduct additional discovery relating to issues presented in the Motion to Amend;

WHEREAS, Horta has served discovery on non-party Federal Aviation Administration ("FAA"), in the form of document requests and requests for deposition testimony relating to issues presented in the Motion to Amend;

WHEREAS, the FAA has provided a partial production of documents responsive to Horta's document requests;

WHEREAS, the FAA has neither completed its production nor provided a date certain by which the production will be completed;

WHEREAS, Horta is still meeting and conferring with the FAA regarding Horta's document requests;

WHEREAS, the FAA has not yet provided Horta any of the requested deposition testimony;

WHEREAS, Horta has additional discovery to conduct once it obtains the FAA's complete responses to Horta's discovery requests and the deposition testimony of certain FAA representatives;

WHEREAS, Horta requires additional time to complete discovery pertaining to the issues raised in the Motion to Amend;

WHEREAS, Horta and the City of San Jose (the "City") agree that the August 5, 2005 hearing on the Motion to Amend should be continued for at least ninety (90) days;

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7189721.1
353235-1

-1-
STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR HORTA, LLC'S
MOTION TO AMEND JUDGMENT —CASE NO. C 02-04086 JF (RS)

THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action that the August 5, 2005 hearing on Horta's Motion to Amend shall be continued at least ninety (90) days.

Dated: July 7, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By _____
JAMES M. CHADWICK
DIANA NG FUNG
Attorneys for Plaintiff HORTA, LLC

Dated: July __, 2005

RICHARD DOYLE, City Attorney

By _____
NORA FRIMANN
JOSEPH P. DICIUCCIO
SANDRA LEE
Attorneys for Defendant CITY OF SAN JOSE

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on Horta's Motion to Reconsider, Reopen, and Amend Judgment is further continued from August 5, 2005 to November 4, 2005, at 9:00 a.m., in the courtroom of the Honorable Jeremy Fogel, located at 280 South First Street, San Jose, California.

Dated: July 13, 2005

/s/electronic signature authorized
_____
JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

DLA PIPER RUDNICK GRAY CARY US LLP

EM\7189721.1
353235-1

-2-
STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR HORTA, LLC'S MOTION TO AMEND JUDGMENT —CASE NO. C 02-04086 JF (RS)

THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action that the August 5, 2005 hearing on Horta's Motion to Amend shall be continued at least ninety (90) days.

Dated: July ___, 2005

          DLA PIPER RUDNICK GRAY CARY US LLP

          By_____
          JAMES M. CHADWICK
          DIANA NG FUNG
          Attorneys for Plaintiff HORTA, LLC

Dated: July 7, 2005

          RICHARD DOYLE, City Attorney

          By /s/ Nora Frimann
          NORA FRIMANN
          JOSEPH P. DICIUCCIO
          SANDRA LEE
          Attorneys for Defendant CITY OF SAN JOSE

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on Horta's Motion to Reconsider, Reopen, and Amend Judgment is further continued from August 5, 2005 to November ___, 2005, at 9:00 a.m., in the courtroom of the Honorable Jeremy Fogel, located at 280 South First Street, San Jose, California.

Dated: July ___, 2005

          _____
          JEREMY FOGEL
          UNITED STATES DISTRICT COURT JUDGE

DLA PIPER RUDNICK GRAY CARY US LLP

EM\7189721.1
353235-1

-2-
STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR HORTA, LLC'S MOTION TO AMEND JUDGMENT —CASE NO. C 02-04086 JF (RS)

07/07/2005 THU 15:44   [TX/RX NO 6239]   ☑002