\*\* E-filed on 10/19/2005 \*\*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HORTA, LLC, | Case Number C 05-03778 HRL |
| Plaintiff, | [Case Number C 02-04086 JF (RS)] |
| v. | [Case Number C 00-20018 JF (HRL)] |
| FEDERAL AVIATION ADMINISTRATION, et al., | ORDER[1] GRANTING MOTION TO RELATE CASES |
| Defendants. | |

On September 28, 2005, Plaintiff Horta, LLC filed an administrative motion to consider whether to relate the case *Horta, LLC v. Federal Aviation Administration, et al.*, case number C 05-03778 HRL, to the related cases *Horta, LLC v. City of San Jose*, case number C 02-04086 JF (RS), and *Wing and a Prayer, Inc. v. City of San Jose*, case number C 00-20018 JF (HRL), the latter of which has been dismissed. In *Horta, LLC v. Federal Aviation Administration, et al.*, Horta seeks to enforce subpoenas issued in *Horta, LLC v. City of San Jose*.

---

[1] This disposition is not designated for publication and may not be cited.

1   Absent objection from any party and for good cause shown, the motion to relate the cases
2  is GRANTED.  Accordingly, case number C 05-03778 HRL shall be reassigned to the
3  undersigned for all further proceedings. The referral to Magistrate Judge Lloyd shall be
4  withdrawn and the case shall be referred to Magistrate Judge Seeborg, who is the referral judge
5  in *Horta, LLC v. City of San Jose*.  Hereinafter the case shall be designated as C 05-03778 JF
6  (RS).
7      IT IS SO ORDERED.

DATED: October 19, 2005

/s/ electronic signature authorized
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  James M. Chadwick    james.chadwick@dlapiper.com, zoya.khodosh@dlapiper.com

3  Diana Ng Fung    diana.ng.fung@dlapiper.com, stacy.murray@dlapiper.com

4  Noelle Roux    noelle.roux@dlapiper.com, celestine.seals@dlapiper.com

5  Claire T. Cormier    claire.cormier@usdoj.gov

6  Edward Parsons Davis, Jr    edward.davis@dlapiper.com, zkhodosh@graycary.com

7  Joseph DiCiuccio    cao.main@ci.sj.ca.us, Brande.Gex@sanjoseca.gov

8  Sandra Sang-ah Lee    sandra.lee@sanjoseca.gov, glenda.lucas@sanjoseca.gov

9  George Rios    george.rios@ci.sj.ca.us

11  Richard Doyle
    Office of the City Attorney
12  City of San Jose
    200 East Santa Clara Street
13  San Jose, CA 95113-1905