JAMES M. CHADWICK (Bar No. 157114)
DIANA NG FUNG (Bar No. 185175)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001
james.chadwick@dlapiper.com

Attorneys for Plaintiff
HORTA, LLC

KEVIN V. RYAN (Bar No. 118321)
United States Attorney
JOANN M. SWANSON (Bar No. 88143)
Chief, Civil Division
CLAIRE T. CORMIER (Bar No. 154364)
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Tel: 408.535.5082
Fax: 408.535.5081
claire.cormier@usdoj.gov

Attorneys for the UNITED STATES
DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

**E-filed 11/1/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORTA, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>       Defendant. | CASE NO. C 02-04086 JF (RS)<br><br>[Related Case Nos. C 00-20018 JF and C 05-03778 JF]<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARING DATES ON HORTA, LLC'S MOTION FOR SUMMARY JUDGMENT AND FEDERAL AVIATION ADMINISTRATION'S MOTIONS TO QUASH**<br><br>**[Civil Local Rule 6-2]**<br><br>Judge:       Hon. Jeremy Fogel<br>Complaint:   August 23, 2002 |

DLA PIPER RUDNICK GRAY CARY US LLP

EM\7195421.2
353235-1

STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO QUASH—CASE NO. C 02-04086 JF

## STIPULATION

WHEREAS, on February 28, 2005, the Court entered judgment in this action;

WHEREAS, on March 14, 2005, plaintiff Horta, LLC ("Horta") filed its Motion to Reconsider, Reopen, and Amend Judgment (the "Motion to Amend") and set it for hearing on May 6, 2005;

WHEREAS, on May 6, 2005, the Court continued the hearing on the Motion to Amend to permit Horta to conduct additional discovery relating to issues presented in the Motion to Amend;

WHEREAS, Horta has served discovery on Federal Aviation Administration ("FAA") consisting of document requests and requests for deposition testimony relating to issues presented in the Motion to Amend in the form of subpoenas issued pursuant to Rule 45 of the Federal Rules of Civil Procedure, as well as written requests pursuant to 49 C.F.R. §§ 9.1 *et seq.*;

WHEREAS, the FAA has produced some documents but disputes its obligation to provide additional documents and to make subpoenaed witnesses available for deposition;

WHEREAS, Horta has filed a separate action to enforce its right to the requested discovery, entitled *Horta, LLC v. Federal Aviation Administration*, United States District Court, Northern District of California, Case No. C 05-03778 JF (RS) (the "Horta/FAA Action"), which case has been related to this action;

WHEREAS, the FAA has filed two motions to quash Horta's subpoenas issued pursuant to Rule 45 of the Federal Rules of Civil Procedure for documents and deposition testimony, which are currently set for hearing in this action before the Honorable Richard Seeborg on *November 23, 2005* (collectively, the "Motions to Quash");

WHEREAS, Horta has filed a Motion for Summary Judgment and Permanent Injunction in the Horta/FAA Action seeking to compel the production of documents and deposition testimony relating to issues presented in the Motion to Amend, which is set for hearing before the Honorable Jeremy Fogel on *December 16, 2005* (the "Motion for Summary Judgment");

WHEREAS, the issues presented, and underlying facts, in the FAA's Motions to Quash and Horta's Motion for Summary Judgment are identical;

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7195421.2
353235-1

-1-
STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO QUASH—CASE NO. C 02-04086 JF

WHEREAS, if the Motions to Quash and the Motion for Summary Judgment were adjudicated by two different judges, there is a possibility of inconsistent rulings;

WHEREAS, Horta and the FAA desire to conserve judicial resources and avoid the possibility of inconsistent rulings by having the Motions to Quash and the Motion for Summary Judgment concurrently heard and adjudicated by the Honorable Jeremy Fogel;

THEREFORE, IT IS HEREBY STIPULATED by and between Horta and the FAA, and subject to the approval of the Court, as follows:

1. The FAA's Motions to Quash and Horta's Motion for Summary Judgment shall be consolidated before the Honorable Jeremy Fogel;

2. The Motions to Quash and the Motion for Summary Judgment shall be heard together on December 16, 2005 at 9:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Jeremy Fogel, located at 280 South First Street, San Jose, California;

3. The briefing schedule for the Motions to Quash and the Motion for Summary Judgment shall run concurrently and be determined according to the December 16, 2005 hearing date. Specifically, any oppositions to the respective motions shall be filed no later than November 23, 2005, and any briefs in reply shall be filed no later than December 2, 2005;

4. The deadline for the defendants in the Horta/FAA Action to answer, move, or otherwise respond to the First Amended Complaint filed in that action shall be extended to a date ten (10) court days after the Court's ruling on the Motions to Quash and the Motion for Summary Judgment.

Dated: October 31, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By _____
JAMES M. CHADWICK
DIANA NG FUNG
Attorneys for Plaintiff HORTA, LLC

DLA PIPER RUDNICK GRAY CARY US LLP

EM\7195421.2
353235-1

-2-
STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO QUASH—CASE NO. C 02-04086 JF

Dated: October 31, 2005

KEVIN V. RYAN
United States Attorney

By _____
CLAIRE T. CORMIER
Assistant United States Attorney
Attorneys for the UNITED STATES
DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearings on FAA's Motions to Quash and Horta's Motion for Summary Judgment shall be concurrently set for December 16, 2005 at 9:00 a.m. in the courtroom of the Honorable Jeremy Fogel, located at 280 South First Street, San Jose, California. Any opposition to these respective motions shall be filed no later than November 23, 2005, and any briefs in reply shall be filed no later than December 2, 2005.

The last day for the defendants in the Horta/FAA Action to respond to the First Amended Complaint is extended to a date ten (10) court days after the Court's ruling on the FAA's Motions to Quash and Horta's Motion for Summary Judgment.

Dated: ~~October~~ 11/1, 2005

/s/electronic signature authorized
_____
JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

DLA PIPER RUDNICK
GRAY CARY US LLP
EM\7195421.2
353235-1
-3-
STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO QUASH—CASE NO. C 02-04086 JF

TOTAL P.02
10/31/2005 MON 14:02  [TX/RX NO 6189]  ☑002

| | |
|---|---|
| Dated: October __, 2005 | KEVIN V. RYAN<br>United States Attorney<br><br>By_____<br>CLAIRE T. CORMIER<br>Assistant United States Attorney<br>Attorneys for the UNITED STATES<br>DEPARTMENT OF TRANSPORTATION<br>FEDERAL AVIATION ADMINISTRATION |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearings on FAA's Motions to Quash and Horta's Motion for Summary Judgment shall be concurrently set for December 16, 2005 at 9:00 a.m. in the courtroom of the Honorable Jeremy Fogel, located at 280 South First Street, San Jose, California. Any opposition to these respective motions shall be filed no later than November 23, 2005, and any briefs in reply shall be filed no later than December 2, 2005.

The last day for the defendants in the Horta/FAA Action to respond to the First Amended Complaint is extended to a date ten (10) court days after the Court's ruling on the FAA's Motions to Quash and Horta's Motion for Summary Judgment.

Dated: October _____, 2005

_____
JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7195421.2
353235-1

-3-
STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO QUASH—CASE NO. C 02-04086 JF