**E-filed 1/30/06**

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
JOSEPH P. DiCIUCCIO, Sr. Deputy City Attorney (#56885)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113-1905
Telephone: (408) 535-1900

Attorneys for Defendant, CITY OF SAN JOSE

JAMES M. CHADWICK (#157114)
DIANA FUNG (#185175)
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, California 94303-2248
Telephone: (650) 833-2000
FAX: (650) 833-2001
james.chadwick@dlapiper.com
diana.ng.fung@dlapiper.com

Attorneys for Plaintiff, HORTA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORTA, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, a municipal corporation,<br><br>　　　　Defendant. | CASE NO. C02-04086 JF (RS)<br><br>[Related Case Nos. C00-20018 JF and C05-03778JF]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FEBRUARY 3, 2006 HEARING ON HORTA, LLC'S MOTION TO RECONSIDER, REOPEN, AND AMEND JUDGMENT**<br><br>Judge: 　Hon. Jeremy Fogel<br>Complaint: 　August 23, 2002 |

Stipulation and [Proposed] Order re Hearing for Horta, LLC's
Motion to Reconsider, Reopen and Amend Judgment
C02-04086 JF (RS)

340565

**STIPULATION**

1. WHEREAS, on February 28, 2005, the Court entered judgment in this action;

2. WHEREAS, on March 14, 2005, plaintiff Horta, LLC ("Horta") filed its Motion to Reconsider, Reopen, and Amend Judgment (the "Motion to Amend") and set it for hearing on May 6, 2006;

3. WHEREAS, on May 6, 2005, the Court continued the hearing on the Motion to Amend to August 5, 2005 to permit Horta to conduct additional discovery relating to issues presented in the Motion to Amend;

4. WHEREAS, Horta has served discovery on non-party Federal Aviation Administration ("FAA"), in the form of document requests and requests for deposition testimony relating to issues presented in the Motion to Amend;

5. WHEREAS, on July 7, 2005, Horta and the City stipulated to continuing the August 5, 2005 hearing on the Motion to Amend at least ninety (90) days;

6. WHEREAS, on July 13, 2005, the Court continued the hearing on the Motion to Compel to November 4, 2005;

7. WHEREAS, on September 20, 2005 and October 14, 2005, the FAA filed motions to quash Horta's subpoenas for documents and deposition testimony;

8. WHEREAS, Horta has filed a separate action to enforce its right to the requested discovery from the FAA in the related case *Horta, LLC v. Federal Aviation Administration*, United States District Court, Northern District of California, Case No. C 05-03778 HRL (the "*FAA Action*");

9. WHEREAS, on September 30, 2005, Horta and the City stipulated to continuing the November 4, 2005 hearing on the Motion to Amend at least ninety (90) days;

10. WHEREAS, on October 5, 2005, the Court continued the hearing on the Motion to Amend to February 3, 2006;

11. WHEREAS, on October 27, 2005, Horta filed a motion for summary judgment in the *FAA Action* to compel the FAA to provide complete responses to Horta's discovery requests and to provide the requested deposition testimony;

1

Stipulation and [Proposed] Order re Hearing for
Horta, LLC's Motion to Amend Judgment
C02-04086 JF (RS)

340565

1  WHEREAS, the Court has taken the FAA's motions to quash and Horta's motion for
2  summary judgment under submission at the close of the December 16, 2005 combined
3  hearing on the motions and has not yet ruled on them;
4  WHEREAS, Horta contends that it requires additional time to complete discovery
5  pertaining to the issues raised in the Motion to Amend;
6  WHEREAS, Horta and the City of San Jose (the "City") agree that February 3, 2006
7  hearing on the Motion to Amend should be continued for at least ninety (90) days;
8  THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this
9  action that the February 3, 2006 hearing on Horta's Motion to Amend shall be continued at
10 least ninety (90) days.

11

12 Dated: January 26, 2006        DLA PIPER RUDNICK GRAY CARY US LLP

13
14                                By: _____
15                                    JAMES M. CHADWICK, ESQ.
                                       DIANA NG FUNG, ESQ.
16                                Attorneys for Plaintiff HORTA, LLC

17

18 Dated: January 26, 2006        RICHARD DOYLE, City Attorney
19
20                                By: _____
21                                    JOSEPH P. DiCIUCCIO
                                       Sr. Deputy City Attorney
22                                Attorneys for Defendant CITY OF SAN JOSE
23
24 //
25 //
26 //
27 //
28 //

2

Stipulation and [Proposed] Order re Hearing for
Horta, LLC's Motion to Amend Judgment
C02-04086 JF (RS)

340565

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. The hearing on Horta's Motion to Reconsider, Reopen, and Amend Judgment is further continued from February 3, 2006 to May __5__, 2006, at 9:00 a.m., in the courtroom of the Honorable Jeremy Fogel, located at 280 South First Street, San Jose, California.

Dated: ___1/30/06___

_[signature]_
HON. JEREMY FOGEL
United States District Court Judge

3

Stipulation and [Proposed] Order re Hearing for
Horta, LLC's Motion to Amend Judgment
C02-04086 JF (RS)

340565