**E-filed 4/3/06**

JAMES M. CHADWICK (Bar No. 157114)
DIANA NG FUNG (Bar No. 185175)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001
james.chadwick@dlapiper.com
diana.ng.fung@dlapiper.com

Attorneys for Plaintiff
HORTA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORTA, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE,<br><br>        Defendant. | CASE NO. C 02-04086 JF (RS)<br><br>[Related Case Nos. C 00-20018 JF and C 05-03778 JF]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MAY 5, 2006 HEARING ON HORTA, LLC'S MOTION TO RECONSIDER, REOPEN, AND AMEND JUDGMENT**<br><br>**[Civil Local Rule 6-2]**<br><br>Judge:     Hon. Jeremy Fogel<br>Complaint: August 23, 2002 |

## STIPULATION

WHEREAS, on February 28, 2005, the Court entered judgment in this action;

WHEREAS, on March 14, 2005, plaintiff Horta, LLC ("Horta") filed its Motion to Reconsider, Reopen, and Amend Judgment (the "Motion to Amend") and set it for hearing on May 6, 2005;

WHEREAS, on May 6, 2005, the Court continued the hearing on the Motion to Amend to August 5, 2005 to permit Horta to conduct additional discovery relating to issues presented in the Motion to Amend;

WHEREAS, Horta has served discovery on non-party Federal Aviation Administration ("FAA"), in the form of document requests and requests for deposition testimony relating to issues presented in the Motion to Amend;

WHEREAS, on July 7, 2005, Horta and the City stipulated to continuing the August 5, 2005 hearing on the Motion to Amend at least ninety (90) days;

WHEREAS, on July 13, 2005, the Court continued the hearing on the Motion to Compel to November 4, 2005;

WHEREAS, on September 20, 2005 and October 14, 2005, the FAA filed motions to quash Horta's subpoenas for documents and deposition testimony;

WHEREAS, Horta has filed a separate action to enforce its right to the requested discovery from the FAA in the related case *Horta, LLC v. Federal Aviation Administration*, United States District Court, Northern District of California, Case No. C 05-03778 HRL (the "*FAA Action*");

WHEREAS, on September 30, 2005, Horta and the City stipulated to continuing the November 4, 2005 hearing on the Motion to Amend at least ninety (90) days;

WHEREAS, on October 5, 2005, the Court continued the hearing on the Motion to Amend to February 3, 2006;

WHEREAS, on October 27, 2005, Horta filed a motion for summary judgment in the *FAA Action* to compel the FAA to provide complete responses to Horta's discovery requests and to provide the requested deposition testimony;

-1-

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7202145.1
353235-1

STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR HORTA, LLC'S
MOTION TO AMEND JUDGMENT —CASE NO. C 02-04086 JF (RS)

WHEREAS, the Court took the FAA's motions to quash and Horta's motion for summary judgment under submission at the close of the December 16, 2005 combined hearing on the motions and has not yet ruled on them;

WHEREAS, on January 26, 2006, Horta and the City stipulated to continuing the February 3, 2006 hearing on the Motion to Amend at least ninety (90) days;

WHEREAS, on January 30, 2006, the Court continued the hearing on the Motion to Amend to May 5, 2006;

WHEREAS, pursuant to the February 7, 2006 Order in the *FAA Action*, the Court will not issue its ruling on the FAA's motions to quash and Horta's motion for summary judgment unless and until the Court is informed that discussions between Horta and the FAA regarding a potential resolution have failed to resolve the issues presented by those motions;

WHEREAS, if the discussions between Horta and the FAA fail to resolve the issues presented by Horta's motion for summary judgment and the FAA's motions to quash, Horta contends that it requires additional time to complete discovery pertaining to the issues raised in the Motion to Amend;

WHEREAS, Horta and the City of San Jose (the "City") agree that the May 5, 2006 hearing on the Motion to Amend should be continued for at least ninety (90) days;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action that the May 5, 2006 hearing on Horta's Motion to Amend shall be continued at least ninety (90) days.

Dated: March 30, 2006

DLA PIPER RUDNICK GRAY CARY US LLP

By _____
JAMES M. CHADWICK
DIANA NG FUNG
Attorneys for Plaintiff HORTA, LLC

DLA PIPER RUDNICK GRAY CARY US LLP

EM\7202145.1
353235-1

-2-
STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR HORTA, LLC'S MOTION TO AMEND JUDGMENT —CASE NO. C 02-04086 JF (RS)

1  Dated: March 30, 2006

RICHARD DOYLE, City Attorney

By *(signed)* Nora Frimann
NORA FRIMANN
JOSEPH P. DICIUCCIO
SANDRA LEE
Attorneys for Defendant CITY OF SAN JOSE

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on Horta's Motion to Reconsider, Reopen, and Amend Judgment is further continued from May 5, 2006 to August 4, 2006, at 9:00 a.m., in the courtroom of the Honorable Jeremy Fogel, located at 280 South First Street, San Jose, California.

April 4, 2006
Dated: March ____, 2006

*(signed)*
JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

A PIPER RUDNICK
AY CARY US LLP
EM\7202145.1
353235-1
-3-
STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR HORTA, LLC'S
MOTION TO AMEND JUDGMENT —CASE NO. C 02-04086 JF (RS)

03/30/2006 THU 17:16 [TX/RX NO 9229] ☑005

1  Dated: March __, 2006

2                            RICHARD DOYLE, City Attorney

3

4                  By_____
                    NORA FRIMANN
                    JOSEPH P. DICIUCCIO

5                      SANDRA LEE
                    Attorneys for Defendant CITY OF SAN JOSE

6

7

8

9  **<u>ORDER</u>**

10       PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on Horta's Motion

11  to Reconsider, Reopen, and Amend Judgment is further continued from May 5, 2006 to

12  _____ ___, 2006, at 9:00 a.m., in the courtroom of the Honorable Jeremy Fogel,

13  located at 280 South First Street, San Jose, California.

14

15  Dated: March _____, 2006

16

17

18                                _____
                                    JEREMY FOGEL
                         UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28

DLA Piper Rudnick
Gray Cary US LLP

EM\7202145.1
353235-1

-3-
STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR HORTA, LLC'S
MOTION TO AMEND JUDGMENT —CASE NO. C 02-04086 JF (RS)