| | |
|---|---|
| 1  KEVIN V. RYAN (CSBN 118321)<br>United States Attorney<br>2  JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division<br>3  CLAIRE T. CORMIER (CSBN 154364)<br>Assistant United States Attorney<br>4       150 Almaden Blvd., Suite 900<br>        San Jose, California 95113<br>5       Telephone: (408) 535-5082<br>        FAX: (408) 535-5081<br>6       claire.cormier@usdoj.gov | **E-filed 6/14/06** |

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORTA, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>      v.<br><br>FEDERAL AVIATION ADMINISTRATION, a federal agency, et al.,<br><br>            Defendants | No. 05-03778 JF (RS)<br><br>Related Case No. C02-04086 JF (RS)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>DATE: June 16, 2006<br>TIME: 10:30 A.M.<br>COURTROOM 3, 5th Floor<br>Honorable Jeremy Fogel |

The case of *Horta, LLC v. the Federal Aviation Administration* relates to plaintiff Horta's attempts to obtain discovery from defendants, including the FAA, in the related case of *Horta v. City of San Jose*, Case No. C02-04086 JF (RS). As the parties informed the Court in February of this year, Horta and the FAA are engaging in discussions that may make the discovery unnecessary. The parties expect those discussions to be complete within approximately 60 days. Accordingly, the parties hereby stipulate and request that the case management conference in both related cases, currently scheduled for Friday, June 16, 2006, be continued by approximately 60 days to a date to be set by the Court.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
05-03778 JF (RS)

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED: June 12, 2006 | | KEVIN V. RYAN<br>United States Attorney |

_____/s/_____
CLAIRE T. CORMIER
Assistant United States Attorney

Dated:  June 12, 2006        SHEPPARD MULLIN RICHTER
                                          & HAMPTON  LLP

_____/s/_____
JAMES CHADWICK
Attorneys for Plaintiff HORTA, LLC

Dated: June 12, 2006        RICHARD DOYLE, City Attorney

_____/s/_____
NORA FRIMANN
JOSEPH P. DICIUCCIO
SANDRA LEE
Attorneys for Defendant CITY OF SAN JOSE

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the case management conference in Case C05-03778 JF (RS) and Case No. C02-04086 JF (RS) is hereby continued to Friday, __August 18__, 2006 at 10:30 a.m.

IT IS SO ORDERED.

June _13_, 2006

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
05-03778 JF (RS)                                       1