**E-filed 6/14/06**

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
JAMES M. CHADWICK Cal. Bar No. 157114
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Tel: 415.434.9100
Fax: 415.434.3947
jchadwick@sheppardmullin.com

DLA PIPER RUDNICK GRAY CARY US LLP
DIANA NG FUNG Cal. Bar No. 185175
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001
diana.ng.fung@dlapiper.com

Attorneys for Plaintiff
HORTA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORTA, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE,<br><br>              Defendant. | CASE NO. C 02-04086 JF (RS)<br><br>[Related Case Nos. C 00-20018 JF and C 05-03778 JF]<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING AUGUST 4, 2006 HEARING ON HORTA, LLC'S MOTION TO RECONSIDER, REOPEN, AND AMEND JUDGMENT<br><br>[Civil Local Rule 6-2]<br><br>Judge: Hon. Jeremy Fogel<br>Complaint:    August 23, 2002 |

STIPULATION

WHEREAS, on February 28, 2005, the Court entered judgment in this action;

WHEREAS, on March 14, 2005, plaintiff Horta, LLC ("Horta") filed its Motion to Reconsider, Reopen, and Amend Judgment (the "Motion to Amend") and set it for hearing on May 6, 2005;

WHEREAS, on May 6, 2005, the Court continued the hearing on the Motion to Amend to August 5, 2005 to permit Horta to conduct additional discovery relating to issues presented in the Motion to Amend;

WHEREAS, Horta has served discovery on non-party Federal Aviation Administration ("FAA"), in the form of document requests and requests for deposition testimony relating to issues presented in the Motion to Amend;

WHEREAS, on July 7, 2005, Horta and the City stipulated to continuing the August 5, 2005 hearing on the Motion to Amend at least ninety (90) days;

WHEREAS, on July 13, 2005, the Court continued the hearing on the Motion to Compel to November 4, 2005;

WHEREAS, on September 20, 2005 and October 14, 2005, the FAA filed motions to quash Horta's subpoenas for documents and deposition testimony;

WHEREAS, Horta has filed a separate action to enforce its right to the requested discovery from the FAA in the related case *Horta, LLC v. Federal Aviation Administration*, United States District Court, Northern District of California, Case No. C 05-03778 HRL (the "*FAA Action*");

WHEREAS, on September 30, 2005, Horta and the City stipulated to continuing the November 4, 2005 hearing on the Motion to Amend at least ninety (90) days;

WHEREAS, on October 5, 2005, the Court continued the hearing on the Motion to Amend to February 3, 2006;

WHEREAS, on October 27, 2005, Horta filed a motion for summary judgment in the *FAA Action* to compel the FAA to provide complete responses to Horta's discovery requests and to provide the requested deposition testimony;

-1-

1    WHEREAS, the Court took the FAA's motions to quash and Horta's motion for summary
2    judgment under submission at the close of the December 16, 2005 combined hearing on the
3    motions and has not yet ruled on them;

4    WHEREAS, on January 26, 2006, Horta and the City stipulated to continuing the
5    February 3, 2006 hearing on the Motion to Amend at least ninety (90) days;

6    WHEREAS, on January 30, 2006, the Court continued the hearing on the Motion to
7    Amend to May 5, 2006;

8    WHEREAS, on March 30, 2006, Horta and the City stipulated to continuing the February
9    3, 2006 hearing on the Motion to Amend at least ninety (90) days;

10   WHEREAS, on April 4, 2006, the Court continued the hearing on the Motion to Amend to
11   August 4, 2006;

12   WHEREAS, pursuant to the February 7, 2006 Order in the *FAA Action*, the Court will not
13   issue its ruling on the FAA's motions to quash and Horta's motion for summary judgment unless
14   and until the Court is informed that discussions between Horta and the FAA regarding a potential
15   resolution have failed to resolve the issues presented by those motions;

16   WHEREAS, if the discussions between Horta and the FAA fail to resolve the issues
17   presented by Horta's motion for summary judgment and the FAA's motions to quash, Horta
18   contends that it requires additional time to complete discovery pertaining to the issues raised in
19   the Motion to Amend;

20   WHEREAS, Horta and the FAA have engaged in discussions, and expect that their
21   discussions will be complete within the next 60 days; and

22   WHEREAS, Horta and the City of San Jose (the "City") agree that the August 4, 2006
23   hearing on the Motion to Amend should be continued for at least sixty (60) days;

24   ///
25   ///
26   ///
27   ///
28

-2-
W02-
WEST:5JMC1\400013190.1    STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR HORTA, LLC'S MOTION TO AMEND JUDGMENT —CASE NO. C 02-04086 JF (RS)

1   THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action
2   that the August 4, 2006 hearing on Horta's Motion to Amend shall be continued at least sixty (60)
3   days.

4   Dated: June 12, 2006

5                                           SHEPPARD MULLIN RICHTER & HAMPTON LLP

7                                           By_____/s/_____
                                              JAMES CHADWICK
8                                             Attorneys for Plaintiff HORTA, LLC

9   Dated: June 12, 2006

10                                          RICHARD DOYLE, City Attorney

12                                          By_____
                                              NORA FRIMANN
13                                            JOSEPH P. DICIUCCIO
                                              SANDRA LEE
14                                            Attorneys for Defendant CITY OF SAN JOSE

16                                          ORDER

17          PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on Horta's Motion
18  to Reconsider, Reopen, and Amend Judgment is further continued from August 4, 2006 to
19  ____October 6_____, 2006, at 9:00 a.m., in the courtroom of the Honorable Jeremy Fogel,
20  located at 280 South First Street, San Jose, California.

22  Dated: June _13_, 2006

25                                          _____
                                              JEREMY FOGEL
26                                            UNITED STATES DISTRICT COURT JUDGE