**E-filed 3/26/07**

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
JAMES M. CHADWICK, ESQ. (#157114)
4 Embarcadero Center, 17th Floor
San Francisco, California 9411-4106
Telephone:  (415) 434-9100
Facsimile:   (415) 434-3947
Email:         jchadwick@sheppardmullin.com

DLA PIPER RUDNICK GRAY CARY US LLP
DIANA NG FUNG, ESQ. (#185175)
2000 University Avenue
East Palo Alto, California  94303-2248
Telephone:  (650) 833-2000
Facsimile:   (650) 833-2001
Email:         Diana.ng.fung@dlapiper.com

Attorneys for Plaintiff, HORTA, LLC

RICHARD DOYLE, City Attorney  (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
JOSEPH P. DiCIUCCIO, Sr. Deputy City Attorney (#56885)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113-1905
Telephone:  (408) 535-1900
Facsimile:   (408) 998-3131
Email:         cao.main@sanjoseca.gov

Attorneys for Defendant, CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORTA, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, a municipal corporation,<br><br>    Defendant. | CASE NO. C02-04086 JF (RS)<br><br>[Related Case Nos. C00-20018 JF and C05-03778JF]<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION TO RECONSIDER, REOPEN AND AMEND JUDGMENT**<br><br>Judge:          Hon. Jeremy Fogel<br>Complaint:   August 23, 2002 |

//

## STIPULATION

WHEREAS, on February 23, 2007, at the request of the parties the Court continued the hearing on the Motion to Reconsider, Reopen and Amendment Judgment ("Motion to Amend") to March 30, 2007 and provided, pursuant to the parties' stipulation, that pending the resolution of settlement discussions the City will not cite operations for the purposes of transporting the San Jose SaberCats area football team as violations of the curfew;

WHEREAS, March 30, 2007 is a legal holiday for the City of San Jose;

WHEREAS, the parties desire additional time to continue their ongoing discussions regarding a potential settlement of the matter.

WHEREAS, the parties wish to continue this matter subject to the same terms and conditions set forth in their stipulation filed February 23, 2007, a copy of which is attached hereto as Exhibit A.

WHEREAS, the parties wish to continue the Motion to Amend to Friday, April 13, 2007.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action that:

(1) The hearing on the Motion to Amend should be continued to ~~April 13~~, April 20, 2007;

(2) The parties will inform the Court if a settlement is reached prior to the continued hearing date;

(3) This continuance will be on the same terms and conditions as the stipulation and order to continue filed February 23, 2007.

Dated: March 20, 2007        SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
JAMES CHADWICK, Esq.
Attorneys for Plaintiff HORTA, LLC

2

Stipulation and [Proposed] Order re Hearing Date404530.doc
C02-04086 JF (RS)

Dated: March 20, 2007                     RICHARD DOYLE, City Attorney

                                          By: _____
                                          NORA FRIMANN, Chief Trial Attorney
                                          JOSEPH DiCIUCCIO, Sr. Dep. City Atty
                                          Attorneys for Defendant, CITY OF SAN JOSE

## ORDER

Pursuant to the stipulation, and good cause appearing therefore, IT IS SO ORDERED.

(1) The hearing on the Motion to Reconsider, Reopen and Amend Judgment shall be continued to ~~April 13, 2007.~~ April 20, 2007 at 9:00 AM.

(2) The parties shall inform the Court if a settlement is reached prior to the hearing.

(3) This continuance will be on the same terms and conditions as the stipulation and order to continue filed February 23, 2007.

Dated: March 26, 2007                     _____
                                          HON. JEREMY FOGEL
                                          United States District Court Judge

# Exhibit A

**E-Filed 2/23/2007**

1  SHEPPARD MULLIN RICHTER & HAMPTON, LLP
   JAMES M. CHADWICK, ESQ. (#157114)
2  4 Embarcadero Center, 17th Floor
   San Francisco, California 9411-4106
3  Telephone:  (415) 434-9100
   Facsimile:  (415) 434-3947
4  Email:      jchadwick@sheppardmullin.com

5
   DLA PIPER RUDNICK GRAY CARY US LLP
6  DIANA NG FUNG, ESQ. (#185175)
   2000 University Avenue
7  East Palo Alto, California 94303-2248
   Telephone:  (650) 833-2000
8  Facsimile:  (650) 833-2001
   Email:      Diana.ng.fung@dlapiper.com
9
   Attorneys for Plaintiff, HORTA, LLC
10
   RICHARD DOYLE, City Attorney (#88625)
11 NORA FRIMANN, Chief Trial Attorney (#93249)
   JOSEPH P. DiCIUCCIO, Sr. Deputy City Attorney (#56885)
12 Office of the City Attorney
   200 East Santa Clara Street
13 San Jose, California 95113-1905
   Telephone:  (408) 535-1900
14 Facsimile:  (408) 998-3131
   Email:      cao.main@sanjoseca.gov
15
   Attorneys for Defendant, CITY OF SAN JOSE
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                      SAN JOSE DIVISION

20 | HORTA, LLC, a Delaware limited liability company, | CASE NO. C02-04086 JF (RS) |
| --- | --- |
| Plaintiff, | [Related Case Nos. C00-20018 JF and C05-03778JF] |
| v. | STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION TO RECONSIDER, REOPEN AND AMEND JUDGMENT |
| CITY OF SAN JOSE, a municipal corporation, | |
| Defendant. | Judge:     Hon. Jeremy Fogel |
| | Complaint: August 23, 2002 |

28 //

                                1

Stipulation and [Proposed] Order re Hearing Date
C02-04086 JF (RS)

399971

## STIPULATION

1. WHEREAS, on February 28, 2005, the Court entered judgment in this action brought by Horta against the City of San Jose (the "*San Jose Action*");

2. WHEREAS, on March 14, 2005, plaintiff Horta, LLC ("Horta") filed its Motion to Reconsider, Reopen, and Amend Judgment (the "Motion to Amend") and set it for hearing on May 6, 2005;

3. WHEREAS, on May 6, 2005, the Court continued the hearing on the Motion to Amend to August 5, 2005 to permit Horta to conduct additional discovery relating to issues presented in the Motion to Amend;

4. WHEREAS, Horta has filed a separate action to enforce its right to the requested discovery from the Federal Aviation Administration in the related case *Horta, LLC v. Federal Aviation Administration, et al.*, United States District Court, Northern District of California, Case No. C 05-03778 JF (the "*FAA Action*");

5. WHEREAS, on October 27, 2005, Horta filed a motion for summary judgment in the *FAA Action* to compel the FAA to provide complete responses to Horta's discovery requests and to provide the requested deposition testimony;

6. WHEREAS, the Court took the FAA's motion to quash and Horta's motion for summary judgment under submission at the close of the December 16, 2005 combined hearing on the motions and has not yet ruled on them;

7. WHEREAS, the parties have previously stipulated to and the Court has ordered a number of continuances of the hearing date for Motion to Reconsider, Reopen and Amend Judgment;

8. WHEREAS, discussions between Horta and the City of San Jose regarding a potential settlement of this matter are ongoing;

9. WHEREAS, Horta and the City of San Jose (the "City") agree that:

   (1) The continued hearing on the Motion to Reconsider, Reopen and Amend Judgment should be continued to permit the parties to determine whether a settlement can be reached;

2

1  (2) It is appropriate to continue the hearing date for not more than one month;
2  (3) Pending settlement resolution, the City will not cite as violations of the curfew
3       operations of Horta's 727 Aircraft (on no more than 15 flights) for the purposes
4       of transporting the San Jose SaberCats Arena football team which occur during
5       curfew hours prior to the continued hearing date.
6  (4) Nothing in this stipulation shall be construed as having any impact on the merits
7       of the motion, the parties' positions with respect to the motion, or any future
8       actions or determinations of the parties, other than allowing the flights
9       described above.
10      THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action,
11 that:
12  (1) The hearing on Motion to Reconsider, Reopen and Amend Judgment should be
13       continued for not more than one month;
14  (2) The parties will inform the Court if a settlement is reached prior to the continued
15       hearing date;
16  (3) Pending settlement resolution, the City will not cite as violations of the curfew
17       operations of Horta's 727 Aircraft (on no more than 15 flights) for the purposes
18       of transporting the San Jose SaberCats Arena football team which occur during
19       curfew hours prior to the continued hearing date.
20  (4) Nothing in this stipulation shall be construed as having any impact on the merits
21       of the motion, the parties' positions with respect to the motion, or any future
22       actions or determinations of the parties, other than allowing the flights
23       described above.

Dated: February 21, 2007        SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
JAMES CHADWICK, Esq.
Attorneys for Plaintiff HORTA, LLC

3

Stipulation and [Proposed] Order re Hearing Date
C02-04086 JF (RS)                                    399971

Dated: February 22, 2007   RICHARD DOYLE, City Attorney

By: _____
NORA FRIMANN, Chief Trial Attorney
JOSEPH DiCIUCCIO, Sr. Dep. City Atty
Attorneys for Defendant, CITY OF SAN JOSE

## ORDER

Pursuant to the stipulation, and good cause appearing therefore, IT IS SO ORDERED.

(1) The hearing on the Motion to Reconsider, Reopen and Amend Judgment shall be continued to March 30, 2007.

(2) The parties shall inform the Court if a settlement is reached prior to the hearing.

(3) Pending settlement resolution, the City will not cite as violations of the curfew operations of Horta's 727 Aircraft (on no more than 15 flights) for the purposes of transporting the San Jose SaberCats Arena football team which occur during curfew hours prior to the continued hearing date.

(4) Nothing in this stipulation shall be construed as having any impact on the merits of the motion, the parties' positions with respect to the motion, or any future actions or determinations of the parties, other than allowing the flights described above.

Dated: February 23, 2007

_____
HON. JEREMY FOGEL
United States District Court Judge

1  This Order has been served upon the following persons:

2  James M. Chadwick          jchadwick@sheppardmullin.com,
                              khollenbeck@sheppardmullin.com

3  Claire T. Cormier          claire.cormier@usdoj.gov

4  Edward Parsons Davis, Jr   edward.davis@dlapiper.com, zkhodosh@graycary.com

5  Joseph P. DiCiuccio        cao.main@ci.sj.ca.us

6

7  Diana Ng Fung              diana.ng.fung@dlapiper.com, stacy.murray@dlapiper.com

8  Sandra Sang-ah Lee         sandra.lee@sanjoseca.gov, eileen.aparicio@sanjoseca.gov

9  George Rios                george.rios@ci.sj.ca.us

Case No. C 02-04086 JF
(JFLC1)