SHEPPARD MULLIN RICHTER & HAMPTON, LLP  **E-filed 5/2/07**
JAMES M. CHADWICK Cal. Bar No. 157114
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Tel: 415.434.9100
Fax: 415.434.3947
jchadwick@sheppardmullin.com

DLA PIPER US LLP
DIANA NG FUNG Cal. Bar No. 185175
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001
diana.ng.fung@dlapiper.com

Attorneys for Plaintiff, HORTA, LLC

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
JOSEPH P. DiCIUCCIO, Sr. Deputy City Attorney (#56885)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113-1905
Telephone: (408) 535-1900
Facsimile: (408) 998-3131
Email: cao.main@sanjoseca.gov

Attorneys for Defendant, CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORTA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>Defendant. | CASE NO. C 02-04086 JF (RS)<br><br>[Related Case Nos. C 00-20018 JF and C 05-03778 JF]<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION TO RECONSIDER, REOPEN AND AMEND JUDGMENT<br><br>Judge: Hon. Jeremy Fogel<br>Complaint:    August 23, 2002 |

## STIPULATION

WHEREAS, on February 28, 2005, the Court entered judgment in this action brought by Horta against the City of San Jose (the "*San Jose Action*");

WHEREAS, on March 14, 2005, plaintiff Horta, LLC ("Horta") filed its Motion to Reconsider, Reopen, and Amend Judgment (the "Motion to Amend") and set it for hearing on May 6, 2005;

WHEREAS, on May 6, 2005, the Court continued the hearing on the Motion to Amend to August 5, 2005 to permit Horta to conduct additional discovery relating to issues presented in the Motion to Amend;

WHEREAS, Horta has filed a separate action to enforce its right to the requested discovery from the Federal Aviation Administration in the related case *Horta, LLC v. Federal Aviation Administration, et al.*, United States District Court, Northern District of California, Case No. C 05-03778 JF (the "*FAA Action*");

WHEREAS, on October 27, 2005, Horta filed a motion for summary judgment in the *FAA Action* to compel the FAA to provide complete responses to Horta's discovery requests and to provide the requested deposition testimony;

WHEREAS, the Court took the FAA's motion to quash and Horta's motion for summary judgment under submission at the close of the December 16, 2005 combined hearing on the motions and has not yet ruled on them;

WHEREAS, the parties have previously stipulated to and the Court has ordered a number of continuances of the hearing on the Motion to Reconsider, Reopen and Amend Judgment, most recently continuing the hearing to May 4, 2007;

WHEREAS, on February 23, 2007, the Court continued the hearing on the Motion to Reconsider, Reopen and Amend Judgment and provided, pursuant to the parties stipulation, that pending the resolution of settlement discussions with City will not cite operations for the purpose of transporting the San Jose SaberCats arena football team as violations of the curfew;

WHEREAS, Horta and the City of San Jose have reached a tentative settlement, but have not yet resolved this matter; and

1  WHEREAS, Horta and the City of San Jose (the "City") agree that:

2  (1) The hearing on the Motion to Reconsider, Reopen and Amend Judgment should be
3  continued to May 18, 2007;

4  (2) The parties will inform the Court if a settlement is concluded prior to the
5  continued hearing date;

6  (3) This continuance will be on the same terms and conditions as the stipulation and
7  order filed February 23, 2007;

8  THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action,
9  that:

10  (1) The hearing on the Motion to Reconsider, Reopen and Amend Judgment should be
11  continued to May 18, 2007;

12  (2) The parties will inform the Court if a settlement is concluded prior to the
13  continued hearing date;

14  (3) This continuance will be on the same terms and conditions as the stipulation and
15  order filed February 23, 2007.

16  Dated: May 1, 2007                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By         /s/
   JAMES CHADWICK
   Attorneys for Plaintiff HORTA, LLC

Dated: May 1, 2007                    RICHARD DOYLE, City Attorney

By  Nora Friman
    NORA FRIMAN
    JOSEPH P. DICIUCCIO
    Attorneys for Defendant CITY OF SAN JOSE

<u>ORDER</u>

Pursuant to stipulation, and good cause appearing therefor, IT IS SO ORDERED:

(1) The hearing on the Motion to Reconsider, Reopen and Amend Judgment should be continued to May 18, 2007;

(2) The parties will inform the Court if a settlement is concluded prior to the continued hearing date;

(3) This continuance will be on the same terms and conditions as the stipulation and order filed February 23, 2007.

Dated: May  2  , 2007

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE