\*\*E-filed 5/17/07\*\*

1  SHEPPARD MULLIN RICHTER & HAMPTON, LLP
   JAMES M. CHADWICK Cal. Bar No. 157114
2  Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111-4106
3  Tel: 415.434.9100
   Fax: 415.434.3947
4  jchadwick@sheppardmullin.com

5
   DLA PIPER US LLP
6  DIANA NG FUNG Cal. Bar No. 185175
   2000 University Avenue
7  East Palo Alto, CA  94303-2248
   Tel: 650.833.2000
8  Fax: 650.833.2001
9  diana.ng.fung@dlapiper.com

10 Attorneys for Plaintiff, HORTA, LLC

11 RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
12 JOSEPH P. DiCIUCCIO, Sr. Deputy City Attorney (#56885)
   Office of the City Attorney
13 200 East Santa Clara Street
14 San Jose, California 95113-1905
   Telephone: (408) 535-1900
15 Facsimile: (408) 998-3131
   Email: cao.main@sanjoseca.gov
16

17 Attorneys for Defendant, CITY OF SAN JOSE

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                       SAN JOSE DIVISION

21
   HORTA, LLC,                          CASE NO.  C 02-04086 JF (RS)
22
                                        [Related Case Nos. C 00-20018 JF
23              Plaintiff,              and C 05-03778 JF]

24      v.                              STIPULATION AND [PROPOSED] ORDER
                                        REGARDING HEARING ON MOTION TO
25                                      RECONSIDER, REOPEN AND AMEND
   CITY OF SAN JOSE,                    JUDGMENT
26
                                        Judge: Hon. Jeremy Fogel
27              Defendant.              Complaint:    August 23, 2002

28

---

W02-WEST:5JMC1\400304041.2         -1-         STIPULATION AND ORDER RE HEARING DATE
                                               CASE NO. C 02-04086 JF (RS)

STIPULATION

WHEREAS, on February 28, 2005, the Court entered judgment in this action brought by Horta against the City of San Jose (the "*San Jose Action*");

WHEREAS, on March 14, 2005, plaintiff Horta, LLC ("Horta") filed its Motion to Reconsider, Reopen, and Amend Judgment (the "Motion to Amend") and set it for hearing on May 6, 2005;

WHEREAS, on May 6, 2005, the Court continued the hearing on the Motion to Amend to August 5, 2005 to permit Horta to conduct additional discovery relating to issues presented in the Motion to Amend;

WHEREAS, Horta has filed a separate action to enforce its right to the requested discovery from the Federal Aviation Administration in the related case *Horta, LLC v. Federal Aviation Administration, et al.*, United States District Court, Northern District of California, Case No. C 05-03778 JF (the "*FAA Action*");

WHEREAS, on October 27, 2005, Horta filed a motion for summary judgment in the *FAA Action* to compel the FAA to provide complete responses to Horta's discovery requests and to provide the requested deposition testimony;

WHEREAS, the Court took the FAA's motion to quash and Horta's motion for summary judgment under submission at the close of the December 16, 2005 combined hearing on the motions and has not yet ruled on them;

WHEREAS, the parties have previously stipulated to and the Court has ordered a number of continuances of the hearing on the Motion to Reconsider, Reopen and Amend Judgment, most recently continuing the hearing to May 18, 2007;

WHEREAS, on February 23, 2007, the Court continued the hearing on the Motion to Reconsider, Reopen and Amend Judgment and provided, pursuant to the parties stipulation, that pending the resolution of settlement discussions with City will not cite operations for the purpose of transporting the San Jose SaberCats arena football team as violations of the curfew;

WHEREAS, Horta and the City of San Jose have reached a tentative settlement, but have not yet resolved this matter; and

1    WHEREAS, Horta and the City of San Jose (the "City") agree that:

2    (1)    The hearing on the Motion to Reconsider, Reopen and Amend Judgment should be
3 continued to a date not earlier than June 1, 2007;

4    (2)    The parties will inform the Court if a settlement is concluded prior to the
5 continued hearing date;

6    (3)    This continuance will be on the same terms and conditions as the stipulation and
7 order filed February 23, 2007;

8    THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action,
9 that:

10    (1)    The hearing on the Motion to Reconsider, Reopen and Amend Judgment should be
11 continued to May 18, 2007;

12    (2)    The parties will inform the Court if a settlement is concluded prior to the
13 continued hearing date;

14    (3)    This continuance will be on the same terms and conditions as the stipulation and
15 order filed February 23, 2007.

16    Dated: May 15, 2007    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By    /s/
JAMES CHADWICK
Attorneys for Plaintiff HORTA, LLC

21    Dated: May 15, 2007    RICHARD DOYLE, City Attorney

By    [signature]
NORA FRIMAN
JOSEPH P. DICIUCCIO
Attorneys for Defendant CITY OF SAN JOSE

1  ORDER

2  Pursuant to stipulation, and good cause appearing therefor, IT IS SO ORDERED:

3  (1)  The hearing on the Motion to Reconsider, Reopen and Amend Judgment should be
4  continued to June 1, 2007;

5  (2)  The parties will inform the Court if a settlement is concluded prior to the
6  continued hearing date;

7  (3)  This continuance will be on the same terms and conditions as the stipulation and
8  order filed February 23, 2007.

9  Dated: May 17, 2007

HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE