1   SHEPPARD MULLIN RICHTER & HAMPTON, LLP      **E-filed 12/12/07**
    JAMES M. CHADWICK, ESQ. (#157114)
2   4 Embarcadero Center, 17th Floor
    San Francisco, California 9411-4106
3   Telephone:   (415) 434-9100
    Facsimile:   (415) 434-3947
4   Email:       jchadwick@sheppardmullin.com

5   Attorneys for Plaintiff, HORTA, LLC

6   RICHARD DOYLE, City Attorney (#88625)
    NORA FRIMANN, Chief Trial Attorney (#93249)
7   JOSEPH P. DiCIUCCIO, Sr. Deputy City Attorney (#56885)
    Office of the City Attorney
8   200 East Santa Clara Street
    San Jose, California 95113-1905
9   Telephone:   (408) 535-1900
    Facsimile:   (408) 998-3131
10  Email:       cao.main@sanjoseca.gov

11  Attorneys for Defendant, CITY OF SAN JOSE

12

13                      UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                             SAN JOSE DIVISION

| | |
|---|---|
| 16  HORTA, LLC, a Delaware limited liability company, | CASE NO. C02-04086 JF (RS) |
| 17 | [Related Case Nos. C00-20018 JF and C05-03778JF] |
| 18                    Plaintiff, | |
| 19       v. | **STIPULATION AND [PROPOSED] ORDER REGARDING MOTION FOR ATTORNEY'S FEES** |
| 20  CITY OF SAN JOSE, a municipal corporation, | |
| 21                    Defendant. | Date:       January 4, 2008<br>Time:       9:00 A.M.<br>Courtroom:  3<br>Judge:      Hon. Jeremy Fogel |
| 22 | |
| 23 | |

24                              STIPULATION

25       WHEREAS, Plaintiff Horta, LLC (hereinafter "Horta") has filed an amended motion for

26  attorney's fees herein;

27       WHEREAS, the motion is set to be heard on January 4, 2008, and pursuant to the

28  local rules, the City's written response to the motion would be due on December 14, 2007;

                                        1

1   WHEREAS, in order to properly respond to the motion, the City arranged for expert
2 review of the fee motion and billings;
3   WHEREAS, the retained expert was unexpectedly compelled to withdraw from the
4 assignment on December 5, 2007, and the City has not yet been able to retain other expert
5 services;
6   WHEREAS, the City will not be able to complete retention and review prior to
7 December 14, 2007.
8   The parties hereto agree that:
9   (1)   The hearing on the Motion to for Attorney's Fees should be continued to
10       February 1, 2008;
11  (2)   The City's written opposition to said motion shall be due on January 11, 2008;
12  (3)   Horta's reply shall be due on January 18, 2008, provided that, if Horta wishes
13       to depose any City expert retained to review the motion and attorney's fee
14       billings or requires additional time to respond to the City's opposition, City will
15       agree to said deposition(s) and to a reasonable continuance of the briefing and
16       hearing dates;
17  (4)   Should Horta submit expert testimony in connection with its reply, Horta will
18       agree to deposition(s) of its expert(s) and to a reasonable continuance of the
19       hearing date; and
20  (5)   Should City depose expert(s) submitted by Horta, City shall be entitled to
21       submit a written Surreply limited to responding to the expert testimony
22       submitted on behalf of Horta, and Horta shall be entitled to submit a written
23       response to the City's Surreply.
24 //
25 //
26 //
27 //
28 //

Dated: December 7, 2007

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
JAMES CHADWICK, Esq.
Attorneys for Plaintiff HORTA, LLC

Dated: December 7, 2007

RICHARD DOYLE, City Attorney

By: _____
NORA FRIMANN, Chief Trial Attorney
JOSEPH DiCIUCCIO, Sr. Dep. City Atty
Attorneys for Defendant, CITY OF SAN JOSE

## ORDER

Pursuant to the stipulation, and good cause appearing therefore, IT IS SO ORDERED.

(1) The hearing on the Motion for Attorney's Fees should be continued to February 1, 2008;

(2) The parties shall inform the Court if a settlement of the attorney's fees issue is reached prior to the hearing date; and

(3) The parties shall inform the Court if any further continuance of the hearing or briefing dates is required.

Dated: December 12, 2007

_____
HON. JEREMY FOGEL
United States District Court Judge

3

Stipulation and [Proposed] Order re Motion for Attorney's Fees
C02-04086 JF (RS)

452435