1  SHEPPARD MULLIN RICHTER & HAMPTON, LLP
   JAMES M. CHADWICK, ESQ. (#157114)
2  4 Embarcadero Center, 17th Floor
   San Francisco, California  9411-4106
3  Telephone:   (415) 434-9100
   Facsimile:   (415) 434-3947
4  Email:       jchadwick@sheppardmullin.com

5  Attorneys for Plaintiff, HORTA, LLC

6  RICHARD DOYLE, City Attorney  (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
7  JOSEPH P. DiCIUCCIO, Sr. Deputy City Attorney (#56885)
   Office of the City Attorney
8  200 East Santa Clara Street
   San Jose, California  95113-1905
9  Telephone:   (408) 535-1900
   Facsimile:   (408) 998-3131
10 Email:       cao.main@sanjoseca.gov

11 Attorneys for Defendant, CITY OF SAN JOSE

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16 | HORTA, LLC, a Delaware limited liability company, | CASE NO. C02-04086 JF (RS) |
17 | | [Related Case Nos. C00-20018 JF and C05-03778JF] |
18 | Plaintiff, | |
19 | v. | **STIPULATION AND [PROPOSED] ORDER REGARDING MOTION FOR ATTORNEY'S FEES** |
20 | CITY OF SAN JOSE, a municipal corporation, | |
21 | Defendant. | Date:      February 1, 2008<br>Time:      9:00 A.M.<br>Courtroom: 3<br>Judge:     Hon. Jeremy Fogel |

## STIPULATION

WHEREAS, Plaintiff Horta, LLC (hereinafter "Horta") has filed an amended motion for attorney's fees herein;

WHEREAS, the motion was continued at the request of the City of San Jose ("City"), in order to permit the City to obtain and submit expert testimony;

1     WHEREAS, in light of the expert testimony submitted by the City, Horta, LLC, now
requires additional time in order to locate an expert and respond to the testimony submitted
by the City; and

    WHEREAS, a continuance of the reply and hearing dates is therefore required;

    The parties hereto agree that:

(1)     The hearing on the Motion to for Attorney's Fees should be continued to February 29, 2008;

(2)     Horta's reply shall be due on February 15, 2008;

(3)     If requested, the parties will agree to depositions of their respective experts and to a reasonable continuance of the hearing date; and

(4)     If requested, the City shall be entitled to submit a written Surreply limited to responding to the expert testimony submitted on behalf of Horta, and Horta shall be entitled to submit a written response to the City's Surreply.

Dated: January 16, 2008     SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: *James M. Chadwick*
    JAMES CHADWICK, Esq.
    Attorneys for Plaintiff HORTA, LLC

Dated: January 16, 2008     RICHARD DOYLE, City Attorney

By: /s/
    NORA FRIMANN, Chief Trial Attorney
    JOSEPH DiCIUCCIO, Sr. Dep. City Atty
    Attorneys for Defendant, CITY OF SAN JOSE

# ORDER

Pursuant to the stipulation, and good cause appearing therefore, IT IS SO ORDERED.

(1) The hearing on the Motion for Attorney's Fees should be continued to February 29, 2008;

(2) The parties shall inform the Court if a settlement of the attorney's fees issue is reached prior to the hearing date; and

(3) The parties shall inform the Court if any further continuance of the hearing or briefing dates is required.

Dated: January 24, 2008

_____
HON. JEREMY FOGEL
United States District Court Judge