1    **E-Filed 9/26/2008**

2

3

4

5

6

7

8

9    IN THE UNITED STATES DISTRICT COURT

10   FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   SAN JOSE DIVISION

12

13   HORTA, LLC,                              Case Number C 02-4086 JF (RS)

14                    Plaintiff,             ORDER[1] RE ATTORNEY'S FEES

15          v.

16   CITY OF SAN JOSE,

17                    Defendant.

18

19

20          Pursuant to this Court's order of August 28, 2008, Plaintiff Horta, LLC ("Horta") has

21   submitted documentation of its attorney's fees and costs in the above-titled action and related

22   litigation.  The August 28, 2008 order stated that "the Court will award Horta all of its attorney's

23   fees sought in connection with obtaining the judgment entered January 26, 2005.  The Court also

24   will award fifty-percent (50%) of the attorney's fees Horta incurred subsequent to the judgment."

25   Order at 7.

26          Plaintiff has submitted two fee proposals for the period subsequent to the January 26,

27   _____

28          [1] This disposition is not designated for publication and may not be cited.

1    2005 judgment.  Both include $681,427 for all fees incurred prior to January 26, 2005.  The first

2    fee proposal also includes 100% of the total fees incurred after January 25, 2006 in connection

3    with Plaintiff's motion for attorney's fees ($108,998), plus 50% of total fees incurred after

4    January 26, 2005 on collateral matters ($401,998 x 0.50 = $200,994).  The total amount

5    requested under the first proposal is $991,419.  The second fee proposal applies a 50%

6    calculation for all fees incurred after the January 26, 2005 judgment, which equals $255,943,

7    including fees incurred in connection with the motion for attorney's fees and costs.  The second

8    fee proposal thus requests a total of $936,920.

9         The Court's intention was to award fees in connection with the motion for attorney's fees

10   by applying the same formula as applied to the attorney's fees and costs themselves.

11   Accordingly, Plaintiff is entitled to $681,427 for attorney's fees and costs incurred prior to entry

12   of the original judgment, $200,994 (or 50% of the requested amount) for attorney's fees and

13   costs incurred after entry of the original judgment in connection with matters other than the fee

14   motion, and $84,171 for the fee motion (which represents the same proportion of Plaintiff's total

15   request as is awarded with respect to the fees and costs themselves).  Thus, the total amount of

16   the award is $966,592.

17        IT IS SO ORDERED.

18

19   DATED: September 26, 2008

20

21                                            _____
                                              JEREMY FOGEL
22                                            United States District Judge

23

24

25

26

27

28

Case No. C 02-4086 JF (RS)
ORDER RE ATTORNEY'S FEES
(JFLC1)

1   This Order has been served upon the following persons:

2   Claire T. Cormier      claire.cormier@usdoj.gov

3   Denise Sequeira Bazzano      cao.main@sanjoseca.gov

4   James M. Chadwick      jchadwick@sheppardmullin.com, khollenbeck@sheppardmullin.com

5   Joseph P. DiCiuccio      cao.main@sanjoseca.gov

6   Sandra Sang-ah Lee      cao.main@sanjoseca.gov

7   Richard Doyle
    Office of the City Attorney
8   City of San Jose
    200 East Santa Clara Street
9   San Jose, CA 95113-1905

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 02-4086 JF (RS)
ORDER RE ATTORNEY'S FEES
(JFLC1)